# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:  
    Eric Young  
    Keri Hartwig  
        Debtor(s)

Case No. 13-15432

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/12/2013.

2) The plan was confirmed on 07/26/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/09/2018.

5) The case was dismissed on 04/20/2018.

6) Number of months from filing to last payment: 56.

7) Number of months case was pending: 62.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $7,565.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $25,112.99 |
| Less amount refunded to debtor | $38.19 |

**NET RECEIPTS:** $25,074.80

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,186.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,108.25 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,294.25

Attorney fees paid and disclosed by debtor: $1,314.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALLIANCEONE | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| ALLY FINANCIAL | Secured | 10,476.00 | 10,476.00 | 10,476.00 | 10,476.00 | 849.87 |
| ALLY FINANCIAL | Unsecured | NA | 117.15 | 117.15 | 16.22 | 0.00 |
| AMERICAN COLLECTION | Unsecured | 159.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 146.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | NA | 1,954.06 | 1,954.06 | 451.63 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 1,945.00 | NA | NA | 0.00 | 0.00 |
| BAY AREA CREDIT SERVICE | Unsecured | 640.00 | NA | NA | 0.00 | 0.00 |
| BAY AREA CREDIT SERVICE | Unsecured | 433.00 | NA | NA | 0.00 | 0.00 |
| BAY AREA CREDIT SERVICE | Unsecured | 231.00 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 2,222.00 | 2,288.59 | 2,288.59 | 528.96 | 0.00 |
| BRISTOL KENDALL | Unsecured | 395.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF FINANCI | Unsecured | 600.00 | 856.77 | 856.77 | 198.02 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 299.00 | 298.50 | 298.50 | 68.99 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 182.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 231.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 960.00 | NA | NA | 0.00 | 0.00 |
| DIGESTIVE HEALTH SRVS | Unsecured | 272.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 4,303.00 | 4,399.66 | 4,399.66 | 1,016.88 | 0.00 |
| EMPACT EMERGENCY PHYSICIANS | Unsecured | 395.00 | NA | NA | 0.00 | 0.00 |
| EMPACT EMERGENCY PHYSICIANS | Unsecured | 335.00 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC | Unsecured | 459.00 | NA | NA | 0.00 | 0.00 |
| FOCUS RECEIVABLE MGMT | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Unsecured | 1,589.00 | 1,589.66 | 1,589.66 | 367.42 | 0.00 |
| GRUBER & KOSTAL | Unsecured | 858.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| GRUNDY RADIOLOGISTS | Unsecured | 283.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS LTD | Unsecured | 692.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 998.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 663.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 294.00 | 834.18 | 1,773.63 | 1,773.63 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 0.00 | 766.00 | 766.00 | 766.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 236.32 | 236.32 | 54.62 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 36.70 | 36.70 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 217.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,460.00 | 271.20 | 271.20 | 271.20 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 962.00 | 1,027.73 | 1,027.73 | 237.54 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 1,121.08 | 1,121.08 | 259.11 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 199.75 | 199.75 | 35.06 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 217.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 366.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 745.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| MINOOKA FIRE PROTECTION | Unsecured | 7,972.00 | NA | NA | 0.00 | 0.00 |
| MORRIS HOSPITAL | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,001.00 | 1,001.65 | 1,001.65 | 231.51 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 412.00 | 412.76 | 412.76 | 95.40 | 0.00 |
| PROACTIVE | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | NA | 428.11 | 428.11 | 98.95 | 0.00 |
| REVENUE CYCLE SOLUTIONS INC | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | NA | 104.37 | 104.37 | 16.38 | 0.00 |
| RUSH COPLEY MEDICAL CENTER | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| RUSH COPLEY MEDICAL CENTER | Unsecured | 278.00 | NA | NA | 0.00 | 0.00 |
| RUSH COPLEY MEDICAL CENTER | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| STERLING INC | Secured | 2,195.00 | 2,144.32 | 2,144.32 | 2,144.32 | 69.46 |
| US BANK | Unsecured | 6,775.00 | 6,826.56 | 6,826.56 | 1,577.81 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| VALLEY IMAGING CONSULTANTS LL | Unsecured | 418.00 | NA | NA | 0.00 | 0.00 |
| VALLEY IMAGING CONSULTANTS LL | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| VERMONT STUDENT ASSISTANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WEBBANK/DFS | Unsecured | 7,677.00 | NA | NA | 0.00 | 0.00 |
| WOODFOREST NATIONAL BANK | Unsecured | 100.00 | 759.64 | 759.64 | 175.57 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $10,476.00 | $10,476.00 | $849.87 |
| All Other Secured | $2,144.32 | $2,144.32 | $69.46 |
| **TOTAL SECURED:** | **$12,620.32** | **$12,620.32** | **$919.33** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,810.83 | $2,810.83 | $0.00 |
| **TOTAL PRIORITY:** | **$2,810.83** | **$2,810.83** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$23,659.06** | **$5,430.07** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $3,294.25 |
| Disbursements to Creditors | $21,780.55 |
| **TOTAL DISBURSEMENTS:** | **$25,074.80** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/26/2018     By: /s/ Glenn Stearns
                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**